AO 442 (Rev. 01/09) Arrest Warrant

168 36 36

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES WILBUR FONDREN, JR. | ) Case No. 1:09mj323 |
| | ) |
| Defendant | ) |

FILED IN OPEN COURT
MAY 1 3 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAMES WILBUR FONDREN, JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to communicate classified information to an agent or representative of a foreign government, in violation of Title 50, United States Code, Section 783(a) and Tile 18, United States Code, Section 371.

Date: 05/11/2009

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

City and state:   Alexandria, Virginia

---

### Return

This warrant was received on *(date)* 05/13/2009, and the person was arrested on *(date)* 05/13/2009
at *(city and state)* Washington, D.C.

Date: 05/13/2009

*Arresting officer's signature*

Robert M. Gibbs
*Printed name and title*